IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHYLLIS M. WEAVER, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 2:19-cv-06139-JMG |
| | : | |
| WALGREEN COMPANY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 23rd day of February, 2021, upon consideration of Defendant Walgreen Company's Motion to Dismiss (ECF No. 6), Plaintiff Phyllis M. Weaver's response in opposition (ECF No. 10), and the Defendant's reply brief (ECF No. 13), it is hereby **ORDERED** as follows:

1. The case shall be **TRANSFERRED** to the United States District Court for the Eastern District of North Carolina, pursuant to 28 U.S.C. § 1406(a).

2. The Clerk of Court is directed to transfer the entirety of this matter to the United States District Court for the Eastern District of North Carolina for further consideration.

3. The Defendant's Motion to Dismiss (ECF No. 6) is **DENIED without prejudice**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge